AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

MIGUEL A. CAICEDO

*Plaintiff(s)*

v.  Case No. 1:26cv21085-KMW

SEAVIEW HOTEL, INC.

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  SEAVIEW HOTEL, INC. through its Registered Agent:

COLE, SCOTT & KISSANE, PA
DADELAND CENTRE II
9150 SOUTH DADELAND BLVD # 1400
MIAMI, FL 33156

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Simpson & Mena, P.A.
2250 Southwest Third Avenue
Suite 501
Miami, Florida 33129
Tel: 305-912-7665

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Feb 19, 2026



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ B. Chin

Deputy Clerk
U.S. District Courts